FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JOVITA ELSIE COLWASH,<br><br>　　Defendant. | No. 1:20-CR-02035-SAB-1<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR DISCOVERY PROTECTIVE ORDER** |

　　Before the Court is the parties' Unopposed Motion for Discovery Protective Order, ECF No. 29. Defendant is represented by Craig Webster and the Government is represented by Michael Murphy. The motion was considered without oral argument.

　　The parties agree and request that the Court enter a protective order, specifying procedures to protect sensitive personal information and identifiers contained in discovery. Specifically, the parties seek to prevent the improper dissemination and use of social security numbers, dates of birth, birthplaces, addresses, phone numbers, e-mail addresses, personal photographs, and other sensitive information contained in audio or video recorded witness interviews and statements. The Court finds good cause to grant the motion.

//

//

//

**ORDER GRANTING UNOPPOSED MOTION FOR DISCOVERY PROTECTIVE ORDER # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Unopposed Motion for Discovery Protective Order, ECF No. 29, is **GRANTED**.

2. Pursuant to the discovery obligations previously imposed by the Court, the United States is authorized to disclose discovery in its possession and any Protected Information contained therein. As used herein, "Protected Information" means the audio or video recordings of interviews or statements of the Defendant and/or witnesses containing sensitive personal information of the defendant and third parties, including, for example, identification information.

3. The Protected Information and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States. At the conclusion of the case, Defense Counsel will return the discovery to the United States or will certify that it has been destroyed. If the assigned Defense Counsel is relieved or substituted from the case, Defense Counsel will return the discovery to the United States or certify that it has been destroyed.

4. Defense Counsel shall store the discovery constituting the Protected Information in a secure place and will use reasonable care to ensure that it is not disclosed to third persons contrary to the Protective Order.

5. Defense Counsel shall be responsible for advising his respective defendant, employees, witnesses, and other members of the defense team of the contents of this Protective Order.

//
//
//
//
//
//

**ORDER GRANTING UNOPPOSED MOTION FOR DISCOVERY PROTECTIVE ORDER # 2**

6.   This Protective Order shall also apply to any new Defense Counsel that may later become counsel of record in this case.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and provide copies to counsel.

**DATED** this 24th day of February 2021.



_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING UNOPPOSED MOTION FOR DISCOVERY PROTECTIVE ORDER # 3**